**Order entered March 11, 2020**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01555-CV

**MARIO SCCAFFETTI AND RUBY LEE SCCAFFETTI,**
**Appellants/Cross-Appellees**

**V.**

**CELERINA RAMIREZ AND RUBEN DELUIS,**
**Appellees/Cross-Appellants**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14315**

### ORDER

Stating they no longer desire to prosecute their appeal, Mario Sccaffetti and Ruby Lee Sccaffetti have filed a motion to dismiss. Pursuant to Texas Rule of Appellate Procedure 42.1(b), we **GRANT** the motion and **DISMISS** their appeal. Because Celerina Ramirez and Ruben Deluis filed a cross-appeal, we **DIRECT** the Clerk of the Court to change the style of the case to CELERINA RAMIREZ AND RUBEN DELUIS, Appellants v. MARIO SCCAFFETTI AND RUBY LEE

SCCAFFETTI, Appellees. That appeal remains pending and the appellate record remains due.

/s/    KEN MOLBERG
JUSTICE